**Charles HOWARD, Plaintiff In Error, v. UNITED STATES of America.**

No. 9025.

Circuit Court of Appeals, Eighth Circuit.
Oct. 13, 1930.

Neil Hughes, of Minneapolis, Minn., for plaintiff in error.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Writ of error docketed and dismissed on motion of defendant in error and stipulation of parties.